UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ26-292 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| MARLON ISAIS ARTEAGA-CALIX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:

   1.  Reentry of Removed Alien

<u>Date of Detention Hearing</u>:   May 20, 2026.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, as well as the reasons stated on the record at the hearing, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has multiple prior convictions for controlled substances offenses, including possession of cocaine base, transporting and selling controlled substances, and unlawful delivery of heroin, as well as a notation in the pre-trial services report that he was found in possession of controlled substances in a correctional facility. He also has convictions for assault and multiple convictions for reentry of a removed alien. His siblings and children reside in Honduras. He does not contest detention at this time.

2. There does not appear to be any condition or combination of conditions that will ensure the safety of the community or reasonably assure the Defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

///

///

DETENTION ORDER
PAGE -2

the Defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 20th Day of May, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3